914

No. 470. WILLETT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Charles I. Dawson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Morton K. Rothschild* for respondent.

No. 479. HOHENSEE *v.* AKRON BEACON JOURNAL PUBLISHING CO. ET AL. C. A. 6th Cir. Certiorari denied. *James C. Newton* for petitioner. *C..Blake McDowell* for respondents.

No. 481. THE R. A. TURRENTINE *v.* AMERICAN HOME ASSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioner. *Edmond J. Ford, Jr.* for respondents.

No. 411. MAGIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Ray M. Foreman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 482. TENNESSEE LIFE INSURANCE CO. *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Robert K. Jewett* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Sellers, Melva M. Graney* and *John J. Pajak* for respondent.

No. 305, Misc. RUSHING *v.* WILKINSON, WARDEN. C. A. 5th Cir. Certiorari denied. *Francis J. Mizell, Jr.* for petitioner.